# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1166
_____

MANDIE BANALES-WALSH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda Nobles, Judge.

October 9, 2025

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and Tiffany Benson, Assistant Public Defender, Pensacola, for Appellant.

No appearance for Appellee.